1  TODD M. SORRELL (SBN 175143)
   FULBRIGHT & JAWORSKI L.L.P.
2  555 South Flower Street                    JS-6
   Forty-First Floor
3  Los Angeles, California  90071
   Telephone:  (213) 892-9200
4  Facsimile:   (213) 892-9494
   tsorrell@fulbright.com
5
   J. PAUL WILLIAMSON (*pro hac vice*)
6  TARA VOLD (*pro hac vice*)
   FULBRIGHT & JAWORSKI L.L.P.
7  801 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2623
8  Telephone: (202) 662-0200
   Facsimile:  (202) 662-4643
9  jwilliamson@fulbright.com
   tvold@fulbright.com
10
   Attorneys for Plaintiffs Reed Elsevier Inc.,
11 through its Reed Business Information Division,
   and Reed Elsevier Properties, Inc.
12

13              IN THE UNITED STATES DISTRICT COURT

14             FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 | REED ELSEVIER INC., et al.,    | Civil Action No.  CV 11-2668 PA (Ex)
16 |        Plaintiffs,              | **ORDER**
                                     | **RE DISMISSAL**
17 |        v.                       |
18 | JOSEPH ESCALANTE, et al.,       | Hon. Percy Anderson
19 |        Defendants.              |

DOCUMENT PREPARED ON RECYCLED PAPER

## **ORDER**

Based upon the Stipulation of the parties re dismissal of this matter, the operative Complaint, and each and every cause of action asserted therein, shall be dismissed without prejudice, each side to bear its own attorneys' fees and costs. All dates currently set in this case are vacated and the matter is closed.

IT IS SO ORDERED.

DATED: February _14_, 2012

_____
Hon. Percy Anderson
United States District Court Judge

DOCUMENT PREPARED ON RECYCLED PAPER

- 1 -